# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF CASE OPENING

November 14, 2019

| No. 19-3260 | ANTHONY KURI, also known as Ramsey Qurash,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No. 1:13-cv-01653<br>Northern District of Illinois, Eastern Division<br>Court Reporter Krista Flynn Burgeson<br>District Judge Edmond E. Chang<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Case filed: 11/14/2019<br>Case type: cv/pri<br>Fee status: Paid<br>Date of Judgment: 10/29/2019<br>Date NOA filed: 11/12/2019 |

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 19-3260 | Anthony Kuri | Docketing statement due | 11/19/2019 |
| 19-3260 | Anthony Kuri | Transcript information sheet | 11/29/2019 |

| 19-3260 | Anthony Kuri | Appellant's brief | 12/24/2019 |
|---|---|---|---|
|  |  |  |  |

**NOTE:** This notice is issued to counsel of record, in furtherance of the revised *Circuit Rule 3(d)*, to provide necessary information regarding this appeal. Please verify this notice for accuracy. Counsel are encouraged to provide a fax and/or e-mail address to the court. If any corrections are necessary, please indicate those corrections on this notice and return it to the Clerk's Office within ten (10) days.

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

Important Scheduling Notice!

> Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir.R. 34(e).